# Exhibit 2

| US11032524 | Reolink E1 Zoom ("The accused product") |
|---|---|
| 7. A camera comprising: | The accused product is a camera.<br><br>As shown below, the accused product is a camera.<br><br><br>https://reolink.com/us/product/e1-zoom/ |



https://reolink.com/us/product/e1-zoom/

| a memory comprises computer program code, and | The accused product discloses a memory (e.g., memory holding the firmware of the accused product) comprises computer program code (e.g., firmware).

As shown below, the accused product runs firmware that provides various features. This firmware is stored in nonvolatile memory of the accused product. |

**Search for Firmware**

computer program code

| Product | Hardware Version<br>How to Find > | Firmware Version<br>How to Upgrade > | Note & What's New | Download |
|---------|-----------------|------------------|-------------------|----------|
| E1 Zoom | IPC_515BSD6 | v3.0.0.2356_23062008 | Note & What's New | Download Firmware<br>Oct. 6, 2023 Updated |

https://reolink.com/download-center/

# What is firmware?

Firmware, also known as "software for hardware," is program code embedded in hardware devices that enables them and their features to function properly. Firmware is regularly updated to fix common problems, add or expand features or increase a device's compatibility with new technologies.

Many devices rely on firmware to function, including TVs, cameras, mobile phones, printers, drives and more. Firmware is located in a device's nonvolatile memory, where content can be stored when a device is off. Firmware can be written to different memory types including, random access memory (RAM), read-only memory (ROM), erasable programmable read-only memory (EPROM) and flash memory.

Whitepaper

Empowering platform teams to do cloud right

Learn how platform teams can standardize workflows and unify infrastructure and security lifecycle management with a platform-as-a-product approach.

Read the whitepaper →

https://www.ibm.com/think/topics/firmware

The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.

Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.

https://cctvagent.com/security-cameras/inside-ip-security-cameras

| | |
|---|---|
| at least one processor configured to, with the computer program code, cause the camera to: | The accused product discloses at least one processor (e.g., processor of the accused product) configured to, with the computer program code (e.g., firmware).<br><br>As shown below, the accused product is a camera and includes a processor that runs firmware. |



Source: Teardown of the accused product

The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.

Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.

https://cctvagent.com/security-cameras/inside-ip-security-cameras



https://reolink.com/download-center/

https://www.ibm.com/think/topics/firmware

| associate a unique identifier of the first device with the camera; | The accused product discloses associating a unique identifier (e.g., a unique IP address) of the first device (e.g., a first device used to access the accused product) with the camera (e.g., the accused product).<br><br>As shown below, the accused product is accessed from a first device using a user account with login credential. Upon access by a first device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the first device. This IP address serves as a unique identifier |
|---|---|

and is stored in association with the camera under user management, thereby linking the first device to the camera for the corresponding session.



https://reolink.com/us/product/e1-zoom/#specifications

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/

<table>
<tr>
<td></td>
<td></td>
</tr>
<tr>
<td>establish a first communication with the first device based on the unique identifier of the first device, where the first communication allows the first device to control the camera, wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using</td>
<td>The accused product discloses establishing a first communication (e.g., first IP session) with the first device (e.g., a first device used to access the accused product) based on the unique identifier (e.g., a unique IP address) of the first device (e.g., a first device used to access the accused product), where the first communication (e.g., first IP session) allows the first device (e.g., a first device used to access the accused product) to control the camera (e.g., the accused product), wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera, and tilting the camera.

As shown below, the accused product is accessed from a first device using a user account with login credential. Upon access by a first device, the accused product establishes and records an IP session, during which the camera logs the</td>
</tr>
</table>

| | |
|---|---|
| the camera, zooming the camera, panning the camera, and tilting the camera; | source IP address of the first device. This IP address serves as a unique identifier and is stored in association with the camera under user management, thereby linking the first device to the camera for the corresponding session. Upon successful authentication, the interface allows the user to control the accused product, including functions such as capturing image.<br><br><br><br>https://support.reolink.com/articles/900004552643-How-to-Check-Online-Users-for-Reolink-Device/ |

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/



https://www.youtube.com/watch?v=jkNglKbF_p4



https://www.youtube.com/watch?v=bNPfi2H1dn4



https://www.youtube.com/watch?v=rkmVKGbGHg0

| | |
|---|---|
| associate a unique identifier of the second device with the camera; and | The accused product discloses associating a unique identifier (e.g., a unique IP address) of the second device (e.g., a second device used to access the accused product) with the camera (e.g., the accused product).<br><br>As shown below, the accused product is accessed from a second device using a user account with login credential. Upon access by a second device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the second device. This IP address serves as a unique identifier and is stored in association with the camera under user management, thereby linking the second device to the camera for the corresponding session.<br><br><br><br>https://reolink.com/us/product/e1-zoom/#specifications<br><br>**What Is an IP Session?**<br><br>An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:<br><br>https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/ |



https://support.reolink.com/articles/900004552643-How-to-Check-Online-Users-for-Reolink-Device/

| | |
|---|---|
| establish a second communication with the second device based on the unique identifier of the second device, where the second communication allows the second device to control the camera, wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using | The accused product discloses establishing a second communication (e.g., second IP session) with the second device (e.g., a second device used to access the accused product) based on the unique identifier (e.g., a unique IP address) of the second device (e.g., a second device used to access the accused product), where the second communication (e.g., second IP session) allows the second device (e.g., a second device used to access the accused product) to control the camera (e.g., the accused product), wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera and, tilting the camera.<br><br>As shown below, the accused product is accessed from a second device using a user account with login credential. Upon access by a second device, the accused product establishes and records an IP session, during which the camera logs the |

| the camera, zooming the camera, panning the camera and, tilting the camera. | source IP address of the second device. This IP address serves as a unique identifier and is stored in association with the camera under user management, thereby linking the second device to the camera for the corresponding session. Upon successful authentication, the interface allows the user to control the accused product, including functions such as capturing image.<br><br><br><br>https://support.reolink.com/articles/900004552643-How-to-Check-Online-Users-for-Reolink-Device/ |

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/



communication

https://www.youtube.com/watch?v=jkNglKbF_p4



https://www.youtube.com/watch?v=bNPfi2H1dn4



https://www.youtube.com/watch?v=rkmVKGbGHg0

| 8. The camera of claim 7, wherein the first communication comprises streaming a view from the camera to the first device; or the second communication comprises streaming a view from the camera to the second device. | The accused product is the camera of claim 7, wherein the first communication (e.g., first IP session) comprises streaming a view from the camera to the first device (e.g., a first device used to access the accused product).<br><br>As shown below, the accused product is accessed from a first device using a user account with login credential. Upon access by a first device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the first device. This IP address serves as a unique identifier and is stored in association with the camera under user management, thereby linking the first device to the camera for the corresponding session. Upon successful authentication, the interface streams a view from the accused product.<br><br><br><br>https://support.reolink.com/articles/900004552643-How-to-Check-Online-Users-for-Reolink-Device/ |

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/



https://www.youtube.com/watch?v=jkNglKbF_p4



https://www.youtube.com/watch?v=bNPfi2H1dn4

| 10. The camera of claim 7, wherein the processor and the computer program code are further configured to cause the camera to: | The accused product is the camera of claim 7, wherein the processor (e.g., processor of the accused product) and the computer program code (e.g., firmware) are further configured. <br><br> As shown below, the accused product is a camera and includes a processor that runs firmware that provides features. |
| --- | --- |



Source: Teardown of the accused product

The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.

Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.

https://cctvagent.com/security-cameras/inside-ip-security-cameras



https://reolink.com/download-center/

https://www.ibm.com/think/topics/firmware

| receive a request from the first device to capture an image or video; | The accused product discloses receiving a request from the first device (e.g., a first device used to access the accused product) to capture an image or video.

As shown below, the accused product provides an interface that, when accessed from a first device, includes an option to manually capture an image or video. |



https://www.youtube.com/watch?v=bNPfi2H1dn4



https://www.youtube.com/watch?v=rkmVKGbGHg0

| | |
|---|---|
| capture an image or video using the camera; and | The accused product discloses capturing an image or video using the camera (e.g., the accused product).<br><br>As shown below, the accused product provides an interface that, when accessed from a first device, includes an option to manually capture an image or video.<br><br><br><br>https://www.youtube.com/watch?v=bNPfi2H1dn4 |



https://www.youtube.com/watch?v=rkmVKGbGHg0

| | |
|---|---|
| provide the image or video to the first device or a user. | The accused product discloses provide the image or video to the first device (e.g., a first device used to access the accused product) or a user.<br><br>As shown below, the captured image or video is provided to the user through the playback option of the accused product. |



Step 1. Launch Reolink App and log in to your camera. Tap the **Playback** button on this page to enter the playback page.

https://support.reolink.com/articles/900000646203-How-to-Playback-SD-Card-HDD-Recordings-via-Reolink-App/



https://support.reolink.com/articles/900000646203-How-to-Playback-SD-Card-HDD-Recordings-via-Reolink-App/



You can tap ⊞ to display all the recordings in two columns as in the picture shown below.

https://support.reolink.com/articles/900000646203-How-to-Playback-SD-Card-HDD-Recordings-via-Reolink-App/

| 11. The camera of claim 10, wherein provide the image or video comprises providing the image or video to a storage. | The accused product is the camera of claim 10, wherein provide the image or video comprises providing the image or video to a storage (e.g., SD card of the accused product).<br><br>As shown below, the captured images are stored on the SD card of the accused product. |

| Device | Model | Continuous Recording | Storage Path | Configuration Method/Playback Method |
|---|---|---|---|---|
| Reolink Standalone Camera | Battery-powered Cameras | Reolink Altas series, Reolink TrackMix LTE Plus | | Reolink App, Reolnk Client. |
| | PoE&WiFi (plug-in) Cameras | All cameras except cameras with hardware version 3816. How to Find out Reolink Device System Information | MicroSD card | Reolink App, Reolink Client, Reolink Web Browser, Reolink NVRs. |

https://support.reolink.com/articles/900000431446-How-to-Set-up-Continuous-Recording-on-SD-card-Reolink-NVR-and-Home-Hub/

| 12. The camera of claim 7, wherein the processor and the computer program code are further configured to cause the camera to: | The accused product is the camera of claim 7, wherein the processor (e.g., processor of the accused product) and the computer program code (e.g., firmware) are further configured. <br><br> As shown below, the accused product is a camera and includes a processor that runs firmware that provides features. |
|---|---|



Source: Teardown of the accused product

The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.

Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.

https://cctvagent.com/security-cameras/inside-ip-security-cameras



https://reolink.com/download-center/

https://www.ibm.com/think/topics/firmware

| without receiving a request to capture an image or video, capture an image or video using the camera; and | The accused product discloses without receiving a request to capture an image or video, capture an image or video using the camera.<br><br>As shown below the accused product has a motion detection feature. When motion is detected, it captures a video. |
|---|---|

## Set up Motion Recording

When the camera detects a motion, it can record and save motion recordings to the SD card automatically. You need to install an SD card to the camera, refer to the part of SD Card Storage in Chapter 7 for choosing the correct SD card and learn how to insert the SD card.

## Set up Motion Recording

1.  Tap on ⚙. Then tap on **Camera Recording**, tap again to enable it.



https://home-cdn.reolink.us/wp-content/assets/multiple-languages/manual/Reolink_Wireless_Camera_User_Manual.pdf?download_name=Reolink_Wireless_Camera_User_Manual.pdf&v=1758520721302

| | Reolink cameras support two types of recording:<br><br>1. Motion Recording:<br>The camera records when it detects motion events. If your camera supports smart detection, you can choose to record specific types of alarm events rather than capturing all motion-triggered events.<br><br>2. Continuous Recording:<br>This allows you to specify a recording schedule, ensuring that the camera continuously captures footage during the designated times.<br><br>https://support.reolink.com/articles/360013787254-How-to-Set-up-Record-Schedule-for-Reolink-Cameras/ |
|---|---|
| provide the image or video to the first device or a user. | The accused product discloses provide the image or video to the first device (e.g., a first device used to access the accused product) or a user.<br><br>As shown below, the captured image or video is provided to the user through the playback option of the accused product. |



https://support.reolink.com/articles/900000646203-How-to-Playback-SD-Card-HDD-Recordings-via-Reolink-App/

**Step 2.** Playback videos on a specific date.

Tap the drop-down arrow on the date. Select the month & date on which you want to search for videos.
The date in black means there is video recorded on that date while the date in grey means none.



https://support.reolink.com/articles/900000646203-How-to-Playback-SD-Card-HDD-Recordings-via-Reolink-App/



https://support.reolink.com/articles/900000646203-How-to-Playback-SD-Card-HDD-Recordings-via-Reolink-App/

| 13. The camera of claim 7 further comprising a microphone. | The accused product is the camera of claim 7 further comprising a microphone.<br><br>As shown below, the accused product has a microphone. |
|---|---|



https://reolink.com/us/product/e1-zoom/#overview

https://reolink.com/us/product/e1-zoom/#specifications

| 14. The camera of claim 7 further comprising a speaker. | The accused product is the camera of claim 7 further comprising a speaker.<br><br>As shown below, the accused product has a speaker. |



https://reolink.com/us/product/e1-zoom/#overview

| Power Requirements | | | | ✕ |
|---|---|---|---|---|
| DC Power | DC 5.0V⎓2A | | | |

| Interface | | | | ✕ |
|---|---|---|---|---|
| Power Port | DC power port | Reset Button | YES | |
| Ethernet Port | One 10M/100Mbps; RJ45 | SD Card Slot | Supports Max. 512GB microSD card | |
| Audio In/Out | Built-in microphone and speaker | | | |

https://reolink.com/us/product/e1-zoom/#specifications